**PLEA ON INFORMATION**             Date & Time: 4/10/09 @ 3:00 PM

**Case Caption:  USA v ERIC BARKER**          **Case No. 3:09cr11**

Plaintiffs' Attorney: AUSA William Schenck     Defendants' Attorney: Peter Rosenwald

Defendant appeared with counsel.

Defendant sentencing guidelines range discussed and Defendant states he understood possible sentence.

Guideline levels states as Level _____.

Defendant's constitutional rights explained and Defendant stated he understood rights.

Defendant waived constitutional rights.

Plea agreement read into the record by AUSA   Andrew Hunt  .

Plea agreement accepted by Court and made a permanent part of the record.

Statement of Facts read into record by JUDGE WALTER H. RICE.

Defendant acknowledged accuracy of Statement of Facts.

Defendant entered a plea of   GUILTY         to Count(s)   1        .

Plea accepted and made a permanent part of the record.

Defendant referred to Probation Department for Presentence Investigation (PSI).

Bond of _____ set.

Other:   The Court accepts the recommendation of the Pretrial Service Officer that the defendant be released on an OR Bond with conditions. Order Setting Conditions of Release executed in open Court.

Deft sentencing memorandum due by COB 6/29/09 and any response by Govt by COB 7/6/09

**SENTENCING SET FOR THURSDAY, JULY 13, @ 1:30 PM**      .

COURT REPORTER:   Debra Futrell         CONVENE:     3:09 PM

DEPUTY CLERK:    Tempann Thomas         RECESS:      4:04 PM