DOCKET CALL:                                                           DATE/TIME: 7/13/09 @ 1:30 PM

Before Judge Walter H. Rice

**CASE CAPTION: USA v. ERIC BARKER**            **CASE NUMBER: 3:09-cr-011**

Plaintiff's Attorney:    AUSA William Schenck        Defendant's Attorney:    Peter Rosenwald

Defendant appeared with Counsel.

Probation Officer: Christopher Owens

Counsel and the defendant have reviewed the PSI and have one objection as to the failure to give a minor role. No other objections. Counsel for defendant made statement. The Gov't made statement in response to defendant's objection. Defendant is entitled to a hearing on minor role adjustment if he wishes. The Court asks the defendant if he wishes a hearing and defendant states he does not. The request for a minor role reduction is OVERRULED. A 5K Motion will not be filed. Agent Steven Lucas does not feel the defendant has made an effort to be cooperative. Final disposition of this matter will be delayed for two weeks in order for defendant to meet with Agent Lucas. The status before the State Licensing Board is unknown. Counsel for the defendant to check on the status before the next hearing. Sentencing is reset for Thursday, July 30, 2009 @ 10:00 AM.

COURT REPORTER:    Debra Futrell                         CONVENE    1:35 PM

DEPUTY CLERK:    Tempann Thomas                     RECESS:    2:02 PM