UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:09CR011 |
| Plaintiff | : | |
| | : | JUDGE RICE |
| -vs- | : | |
| | | DEFENDANT'S THIRD |
| | : | MOTION TO EXTEND |
| | | DATE FOR VOLUNTARY |
| ERIC RANDALL BARKER | : | SURRENDER |
| Defendant | : | |

Now comes the defendant herein, by and through his counsel, and respectfully moves this Court to extend the date for voluntary surrender in this case.

Upon prior Motion to Extend, Defendant was notified that he is to voluntarily surrender to FCI Beckley SCP by 2:00 P.M. today (September 1, 2010).  However, defendant states that he has matters with the government that still need be resolved.  Although defendant does not know, at this time, if the government will oppose this Motion, defendant submits it may be in the government's interest if this Motion is granted.

WHEREFORE, Defendant respectfully moves the Court to extend the date for voluntary surrender in this matter.

/S/ PETER ROSENWALD
Ohio Bar No. 0008197
Attorney for Eric R. Barker
114 East Eighth Street Cincinnati, Ohio 45202
Phone: (513) 621-2257
Fax: (513) 621-2525
Email: p.rosenwald@att.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2009, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to William F. Schenck, Jr., Assistant U.S. Attorney.

      **/S/ PETER ROSENWALD**
Ohio Bar. No. 0008197 Attorney for Eric R. Barker
114 East Eighth Street Cincinnati, Ohio 45202
Phone: (513) 621-2257
Fax:  (513) 621-2525
Email: p.rosenwald@att.net