UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 3:09cr011 |
| | Judge Walter H. Rice |
| Plaintiff | |
| -v- | |
| ERIC RANDALL BARKER | Response of the United States to Plaintiff's Motion to Extend |
| Defendant | Voluntary Surrender |

Now comes the United States, by and through Counsel, and respectfully opposes the motion filed by defendant asking for a delayed reporting date.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/William F. Schenck
WILLIAM F. SCHENCK (0015243)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
William.Schenck @usdoj.gov

MEMORANDUM

This request has been reviewed with the investigating agency. The government is clearly

aware of what the defendant has proposed as a basis for a delayed reporting to the Bureau of Prisons. The government does not believe that there is anything proposed thus far that would constitute a valid reason for not reporting to serve the sentence imposed by this Court. Thus, the government opposes any delay of reporting to the institution for commencement of sentence imposition.

                                                Respectfully submitted,

                                                CARTER M. STEWART
                                                United States Attorney

                                                s/William F. Schenck
                                                WILLIAM F. SCHENCK (0015243)
                                                Assistant United States Attorney
                                                Attorney for Plaintiff
                                                Federal Building
                                                200 West Second Street, Suite 600
                                                Dayton, Ohio 45402
                                                (937) 225-2910
                                                Fax: (937) 225-2564
                                                William.Schenck @usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response was served this 1st day of September upon counsel for defendant.

                                                s/William F. Schenck
                                                WILLIAM F. SCHENCK (0015243)
                                                Assistant United States Attorney